IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PICASSO AESTHETIC AND COSMETIC DENTAL SPA, P.A. <br> and <br> JEFFREY RUBIN, <br><br> Defendants. | CIVIL ACTION <br> NO. 14-2240 |

## ORDER

**AND NOW**, this 25th day of March 2015, in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 6) is **GRANTED**.

It is **FURTHER ORDERED** that Judgment is entered on Counts II, IV, and V of the Complaint in favor of Plaintiff De Lage Landen Financial Services, Inc. and against Defendant Jeffrey Rubin in the amount of **$100,136.20**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.